**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUL 10 2026

KHS

ERIK PALTROW
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. _26 -mj-3250 PGS_ |
| | ) | |
| vs. | ) | 8 U.S.C. §§ 1326(a) and (b): |
| | ) | Re-entry of a Removed Alien. |
| JOSE LUIS HERNANDEZ-MIRANDA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TOLLING OF SPEEDY INDICTMENT COMPUTATION

The Court, having reviewed the foregoing document, finds the ends of justice served by granting the request to toll the speedy indictment computation outweighs the interests of the defendant and the public in a speedy indictment. The Court finds that tolling the speedy indictment computation will substantially increase the likelihood of the parties reaching a settlement in this case that would avoid the need for a trial. The Court expressly finds that the public's interest in a speedy indictment is outweighed by the (1) the public's interest in the potential for pre-indictment resolution of this case, which would result in a quicker resolution of the case and which would spare the judicial, prosecutorial, defense, and law enforcement resources that would be expended if this case proceeded to trial; and (2) the potential benefit conferred upon the defendant in an expedited resolution of the case.

IT IS THEREFORE ORDERED that a period of time not to exceed 75 days, for a total of 105 days, is hereby excluded from the computation of a speedy indictment pursuant to 18 U.S.C. §§ 3161(b) and (h)(7)(A).

UNITED STATES MAGISTRATE JUDGE

2